Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

**In re:    Case No.:    09–22296 JS        Chapter:    13**

Kara Brooke Galeas
Debtor(s)

**NOTICE OF DISMISSAL**

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 11/4/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §§ 362(a) is terminated.

Dated: 11/4/09

                                                Mark D. Sammons, Clerk of Court
                                                by Deputy Clerk, C Adams410–962–4215